//

United States District Court
Southern District of Texas
ENTERED

AUG 10 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**UNDER SEAL**

United States District Court
Southern District of Texas
FILED

AUG 07 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel § | |
| ALFONSO DE LA MORENA, M.D. § | |
| § | |
| V. § | CIVIL ACTION NO. B-97-240 |
| § | |
| BROWNSVILLE-VALLEY REGIONAL § | |
| MEDICAL CENTER, INC. d/b/a § | |
| COLUMBIA VALLEY REGIONAL § | |
| MEDICAL CENTER § | |

### ORDER GRANTING MOTION TO WITHDRAW

On this the ___7___ day of ___August___, 1998, came to be considered ED STAPLETON and MICHAEL R. COWEN'S Motion to Withdraw and the Court is of the opinion that said motion should be GRANTED;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the ED STAPLETON and MICHAEL R. COWEN's Motion to Withdraw is hereby granted.

SIGNED this ___7___ day of ___August___, 1998.

_____
JUDGE PRESIDING