United States District Court
Southern District of Texas
ENTERED
AUG 10 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 07 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL ALFONSO DE LA MORENA, M.D. <br> Plaintiff-Relator, <br><br> VS. <br><br> BROWNSVILLE-VALLEY REGIONAL MEDICAL CENTER, INC. d/b/a COLUMBIA VALLEY REGIONAL MEDICAL CENTER, <br> Defendant. | CIVIL ACTION NO. B-97-240 |

## ORDER

This Court, having considered the United States' Suggestion of Dismissal and Memorandum in Support thereof, finds the Motion to have merit, and it is;

**ORDERED** that this action be dismissed without prejudice because of the relator's failure to meet with or to communicate with the United States concerning this matter.

SIGNED at Brownsville, Texas, on _August 7_, 1998.

_____
UNITED STATES DISTRICT JUDGE